# *Tillman Bester & Associates, LLC*

# **TBA**

### A Professional Law Firm

e-mail: **TillmanBesterLaw@cox.net**

**Phone:  (225) 273-9449**
**Fax:       (225) 275-4407**

### <u>Via Fax Only @ 225-389-3577</u>
No Original Will Follow

November 9, 2009

Judge Frank Polozola
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

**Re:     Notice of Settlement**
       **Green v. Fluor Corporation, et. al, USDC MDLA #3:08-cv-00176**

Dear Judge Polozola:

Please be advised that the above referenced matter has been resolved between the parties. It is anticipated that a Motion to Dismiss will be filed with the court shortly.

Thanks in advance for your assistance and cooperation.

Sincerely,

Alfreda Tillman Bester, MBA, JD
Attorney at Law

cc      Theresa Gallion, Esq. (Via fax only at 813-769-7501)

---

**4014 Salem Drive  *  Baton Rouge, LA 70814**