UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON J. GREEN

VERSUS

FLUOR CORPORATION, ET AL

CIVIL ACTION

NUMBER 08-176-FJP-SCR

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, November 12, 2009.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

Doc#46483